# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Steven Glen Byrd,

    Plaintiff(s),

vs.

State of North Carolina et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv70

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/7/2008 Order.

Signed: July 7, 2008

Frank G. Johns, Clerk
United States District Court